IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*
Civil Action No. 2:13-cv-4730

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   ___Patricia Bernice Martinez_____

2. Plaintiff's Spouse (if applicable)

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   ___West Virginia_____

5. District Court and Division in which venue would be proper absent direct filing.

   _____

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   ☒   A. Ethicon, Inc.

   ☒   B. Ethicon, LLC

☒ C. Johnson & Johnson

☐ D. American Medical Systems, Inc. ("AMS")

☐ E. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐ F. Endo Pharmaceuticals, Inc.

☐ G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐ H. Boston Scientific Corporation

☐ I. C. R. Bard, Inc. ("Bard")

☐ J. Sofradim Production SAS ("Sofradim")

☐ K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____9-11_____

_____

_____

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT
- ☐ TVT-Oturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT
- ☐ TVT-Oturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

\_\_\_\_February 28, 2011_____

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

\_\_\_\_\_Ruby Memorial Hospital_____

_____Morgantown, WV_____ _____

12. Implanting Surgeon(s):

\_\_\_\_\_Eddie HM Sze, MD_____

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

☐ Count V – Strict Liability – Design Defect

☐ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☐ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Count XVIII – Discovery Rule and Tolling

☒ Other Count(s) (Please state factual and legal basis for other claims below):

Negligence Per Se:

Defendant has an obligation not to violate the law in the manufacture, design, testing, assembly, inspection, labeling, packaging, supplying, marketing, selling, preparing for use, and warning of the risks and dangers of the subject synthetic mesh system it sells.

Defendant's acts constitute an adulteration, misbranding, or both, as defined by the federal Food, Drug and Cosmetic Act, 21 U.S.C. § 321 et seq. and parallel state Food, Drug and Cosmetic Acts and state common law. Said acts constitute a breach of duty subjecting Defendant, to civil liability for the damages arising there from inasmuch as such acts constitute negligence per se.

Plaintiff, as a patient and implantee exposed to Defendant's synthetic mesh systems, is within the class of persons the statutes and regulations described above are

designed to protect, and Plaintiff's injuries are the type of harm these statutes and regulations are intended to prevent.

As a direct and proximate cause of Defendant's negligent acts and/or omissions, Plaintiff suffered injuries and damages, as set forth in this Complaint.

Fraud:

Defendants falsely and fraudulently represented to Plaintiff, her physicians, and to members of the general public that the aforesaid product was safe, effective, reliable, consistent, and better than the other similar procedures when used in the manner intended by the manufacturer. The representations by said Defendants were in fact, false. The true facts include, but are not limited to that the aforesaid product was not safe to be used for POP and/or SUI repair, and was, in fact, dangerous to the health and body of Plaintiff.

When the Defendants, made these representations, they knew that they were false. Defendants made said representations with the intent to defraud and deceive Plaintiff, and with the intent to induce Plaintiff to act in the manner herein alleged, that is to use the aforementioned product for POP and/or SUI repair.

At the time Defendants made the aforesaid representations Plaintiff took the actions herein alleged, Plaintiff and her physicians were ignorant of the falsity of these representations and reasonably believed them to be true. In reliance upon said representations, Plaintiff was induced to, and did, use the aforesaid product as herein described. If Plaintiff had known the actual facts, she would not have taken such action. The reliance of Plaintiff and her physicians upon Defendants' representations were justified because said representations were made by individuals and entities who appeared to be in a position to know the true facts.

As a result of Defendants' fraud and deceit, Plaintiff was caused to sustain the herein described injuries and damages.

                                              Attorneys for Plaintiff

Address and bar information:                PAUL D. STEVENS, Esq.
                                                         **MILSTEIN ADELMAN, LLP**
                                                         2800 Donald Douglas Loop North
                                                         Santa Monica, California  90405
                                                         (310) 396-9600 Telephone
                                                         (310) 396-9635 Facsimile