IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PATRICIA MARTINEZ,**

      **Plaintiffs,**

v.                                      **CIVIL ACTION NO. 1:20CV259**
                                              **(Judge Keeley)**

**ETHICON, INC. and**
**JOHNSON & JOHNSON,**

      **Defendants.**

### ORDER GRANTING JOINT MOTION TO DISMISS [DKT. NO. 58] AND DISMISSING CASE WITHOUT PREJUDICE

On December 1, 2020, the parties, by their respective counsel of record, jointly moved the Court, pursuant to Federal Rule of Civil Procedure 42(a)(2), to dismiss this civil action without prejudice (Dkt. No. 58). Finding good cause to do so, the Court **GRANTS** the parties' motion to dismiss, **DISMISSES** the case in its entirety **WITHOUT PREJUDICE,** and **DIRECTS** the Clerk to strike the case from the active docket. All parties are responsible for their own attorney's fees and costs associated with this matter.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: December 4, 2020

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE